MERCED MENDOZA AM3344 (Full Name)
CHUCKAWALLA STATE PRISON (Address Line 1)
P.O. BOX 2349 (Address Line 2)
BLYTHE CA 92226 (Phone Number)

Plaintiff in Pro Per

FILED
CLERK U.S DISTRICT COURT
AUG 19 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MERCED MENDOZA,

    Plaintiff,

vs.

S. MURAKONDA, M.D.,

M. AVENT, M.D.,

M. KALIAN, R.N.,

    Defendant(s).

Case No.: EDCV16-01780-ODW(KES)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983**

**Jury Trial Demanded:** ☒ Yes ☐ No

(All paragraphs and pages must be numbered.)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because THE EVENTS GIVING RISE TO PLAINTIFF'S CLAIMS OCCURED IN RIVERSIDE COUNTY IN THE STATE OF CALIFORNIA

-1-

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 18 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## III. PARTIES

3.  Plaintiff __MERCED MENDOZA__ resides at:
    *(your full name)*
    CHUCKAWALLA STATE PRISON IN BLYTHE, CALIFORNIA.

    P.O. BOX 2349
    *(your address)*

    (You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4.  Defendant __S. MURAKONDA__ works at
    *(full name of Defendant)*
    CALIFORNIA REHABILITATION CENTER IN NORCO CALIFORNIA
    *(Defendant's place of work)*

    Defendant's title or position is __MEDICAL DOCTOR__
    *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):

    ☒ individual capacity            ☐ official capacity

    This Defendant was acting under color of law because: __SHE WAS WORKING AT CHUCKAWALLA STATE PRISON AS A DOCTOR FOR THE STATE OF CALIFORNIA CORRECTIONS__

5.  Defendant __M. AVENT,__ works at
    *(full name of Defendant)*
    CHUCKAWALLA STATE PRISON IN BLYTHE CALIFORNIA
    *(Defendant's place of work)*

    Defendant's title or position is _____
    *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):

    ☒ individual capacity            ☐ official capacity

    This Defendant was acting under color of law because: __HE WAS WORING AT CHUCKAWALLA STATE PRISON AS A DOCTOR FOR THE STATE OF CALIFORNIA CORRECTIONS__

Pro Se Clinic Form

6. Defendant __M. KALIAN, R.N.__ works at
*Insert ¶ #*                *(full name of Defendant)*

__CHUCKAWALLA STATE PRISON AT BLYTHE CALIFORNIA__
*(Defendant's place of work)*

Defendant's title or position is __REGISTERED NURSE__
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ☒ individual capacity                      ☐ official capacity

This Defendant was acting under color of law because __SHE IS A REGISTERED NURSE FOR CHUCKAWALLA STATE PRISON AND THE STATE OF CALIFORNIA CORRECTIONS.__

___. Defendant _____ works at
*Insert ¶ #*                *(full name of Defendant)*

_____
*(Defendant's place of work)*

Defendant's title or position is _____
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ☐ individual capacity                      ☐ official capacity

This Defendant was acting under color of law because _____

Pro Se Clinic Form

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

7. THE FACTS ARE TOO LENGTHY TO DESCRIBE HEREIN AND ARE DESCRIBED IN THE ATTACHED COMPLAINT. (SEE PAGES 3 THROUGH 5.)

Pro Se Clinic Form

## V. CLAIMS

### Claim #1

8. Plaintiff realleges and incorporates by reference all of the paragraphs above.

9. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:
THE CRUEL AND UNUSAUL PUNISHMENT CALUSE OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSITTUTION - DELIBERATE INDIFFERENCE OF PLAINTIFF'S SERIOUS MEDICAL NEEDS.   SEE ATTACHED COMPLAINT PAGES 6-7

10. The above civil right was violated by the following Defendants:
S. MURAKONDA, M. AVENT, M. KALIAN

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___.

11. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:
PLAINTIFF SUFFERED AND STILL SUFFERS FROM UNCONSTITUTIONAL PAIN
SEE PAGES 3-5 IN THE ATTACHED COMPLAINT.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

12. INJUNCTIVE RELIEF IN TREATING HIS SERIOUS MEDICAL NEEDS, DECLARATORY RELIEF – COMPENSATORY DAMAGE FOR PAIN AND SUFFERING – COST OF SUIT – SUCH FURTHER RELIEF AS TEH COURT DEEMS NECESSARY

Dated: AUGUST 8, 2016

Sign: *Merced Mendoza*

Print Name: MERCED MENDOZA

-6-

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: August 8, 2016

Sign: *Merced Mendoza*

Print Name: MERCED MENDOZA

MERCED MENDOZA
AM3344  B4-15-4U
CHUCKAWALLA STATE PRISON
P.O. BOX 2349
BLYTHE, CALIFORNIA 92226

In Pro-Se

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCED MENDOZA, | CASE NO. |
| Plaintiff, | CIVIL RIGHTS COMPLAINT |
| | 42 U.S.C. §1983 |
| vs. | **DEMAND FOR TRIAL** |
| S. MURAKONDA, M.D., M. KALIAN, Registered Nurse, M. AVENT, M.D., Defendants. | |

**I. NATURE OF ACTION**

1. This is a civil rights action authorized by 42 U.S.C. § 1983 filed by Plaintiff MERCED MENDOZA, a state prisoner to redress the deprivation under the color of state law, of rights secured by the Constitution of the United States of America. The court has jurisdiction under 28 U.S.C. 1331 & 1343 (a)(3). Plaintiff alleges a violation of his constitutional rights to receive proper medical care. Plaintiff seeks injunctive & declaratory relief as well as money damages pursuant to 28 U.S.C. §§2210 and 2202.

2. The Central District of California is an appropriate venue under §1391 (b)(2), because the events giving rise to plaintiff's claims occurred in Riverside County in the State of California.

## II.

### Plaintiff

3. Plaintiff, MERCED MENDOZA, is and was at all times mentioned herein a prisoner of the State of California in the custody of the California Department of Corrections & Rehabilitation (CCDR). Plaintiff is currently confined in Chuckawalla Valley State Prison (CVSP) in Blythe, California.

## III.

### Defendants

4. Defendant Dr. S. MURAKONDA is and at all times relevant to this action is a Doctor at CVSP and is responsible and has a duty to adequately provide medical care for prisoners at CVSP where the events giving rise to this action occurred. At all times mentioned defendant S. MURAKONDA was acting under the color of state law in the course and scope of her employment and is sued in her individual capacity.

5. Defendant Registered Nurse M. KALIAN, is and at all times relevant to this action a registered nurse at CVSP where the events giving rise to this action occurred. Defendant M. KALIAN is responsible and has the duty to provide adequate medical care for prisoners at CVSP. At all times mentioned defendant KALIAN was acting under the color of state law in the course and scope of her employment and is sued in her individual capacity.

-2-

6. Defendant Doctor AVENT, is and at all times relevant to this action a Doctor at CVSP where the events giving rise to this action occurred. Defendant AVENT has the duty to provide adequate medical care for prisoners at CVSP. At all times mentioned defendant AVENT was acting under the color of state law in the course and scope of his employment and is sued in his individual capacity.

## IV.

## FACTS

7. Plaintiff, MERCED MENDOZA, is a non-English speaking prisoner at the Chuckawalla Valley State Prison (CVSP) received on August 5, 2014, from California Men's Colony in San Luis Obispo, California. Plaintiff suffers from an unconstitutional level of acute pain at a constant level between 8 - 10 from a Grossly enlarged mass tumor in the back of his head that began growing approximately three years ago.

8. Upon his arrival at CVSP on August 5, 2014, plaintiff complained to medical services concerning his tumor and the pain associated with it. Plaintiff requested to see the doctor concerning his condition and was denied access to the doctor by an unknown nurse.

9. On September 11, 2014, plaintiff reported to the facility medical clinic and complained of severe head pain at a level of 8 - 10 in the pain scale, from the tumor in the back of his head. Defendant Nurse KALIAN refused to treat plaintiff or refer him to the doctor for treatment and stated, "Maybe you should stay out of prison."

-3-

10. The following morning on September 12, 2014, at approximately 0800 hours plaintiff again reported to the facility clinic and informed defendants KALIAN and MURAKONDA that he was experiencing acute pain at a level of 8 - 10, from the tumor and was again refused treatment where defendant MURAKONDA stated, "You are acting like a baby, maybe you should not come to prison."

11. The same day at 11:30 A.M. the acute head pain continued and plaintiff again reported to the medical clinic and was refused treatment by defendant KALIAN with another derogatory remark.

12. On September 15, 2014, the pain worsened and plaintiff again reported to the facility clinic and was seen by defendant MURAKONDA where plaintiff reported acute pain associated with the tumor on the back of his head. Defendant MURAKONDA refused to examine plaintiff and was sent away.

13. On September 17, 2014, plaintiff was still suffering from acute pain from tumor on the back of his head and reported to the facility clinic and was refused an examination by defendant KALIAN.

14. Plaintiff placed a Medical request form (CDCR 7362) in the medical box in front of the facility clinic on September 21, 2014. Plaintiff never received treatment or a response to that request. At this time, plaintiff continues to suffer acute pain on the back of his head from the tumor. Furthermore, due to the untreated tumor, plaintiff suffers acute headaches, dizziness, blurry vision, lack of sleep, psychological and emotional

-4-

distress.

15. Plaintiff submitted several other requests for medical attention (CDCR 7362) for the pain associated with the lump in the back of his head.

16. Plaintiff was finally seen again by defendant MURAKONDA on July 7, 2015, and defendant MURAKONDA again refuses to send plaintiff for a diagnosis or biopsy of the tumor. Defendant MURAKONDA measured the tumor as 5 x 4.5 cm "nodular mass." Defendant MURAKONDA again stated, "I was being a baby, and it could not be causing that much pain," and sent him away.

17. Plaintiff continued to suffer acute headaches, dizziness, blurry vision, lack of sleep, psychological and emotional distress from the symptoms.

18. On January 26, 2016, after several more (7362) requests for treatment for the acute pain associated with the tumor, plaintiff was seen by defendant M. AVENT, who again refuses treatment or diagnosis. Defendant AVENT openly displayed disrespect for plaintiff and also stated, "you should stay in your own country," and sent him away.

19. As a result of the deliberate indifference of defendants and all defendants in refusing to properly treat plaintiff with adequate medical care, plaintiff suffered and continues to suffer headaches, dizziness, blurry vision, lack of sleep, psychological and emotional distress.

20. There was an inexcusable practice of deliberate indifference by defendants' MURAKONDA, AVENT and KALIAN, by improperly refusing to treat plaintiff with proper diagnosis,

-5-

pain management and ignoring plaintiff's complaints of pain and suffering. The deliberate indifference of defendants caused, and continues to cause plaintiff to suffer headaches, dizziness, blurry vision, lack of sleep, psychological and emotional distress.

21. Plaintiff exhausted his administrative remedies by obtaining a decision at the third level decision and was diligent in filing this complaint thereafter.

### FIRST CLAIM FOR RELIEF

(§1983)

Violation Of Prisoner's Eighth Amendment For Deliberate Indifference To His Serious Medical Needs

22. Plaintiff realleges and incorporates by reference each allegation of paragraphs 1 through 20, inclusive, as if alleged herein.

All defendants acts were willful, intentional, wanton and in conscious disregard of plaintiff's rights. The constitutional deprivations described herein are the proximate result of the official policies, customs and pervasive practices of defendants. Defendants have been and are aware of all the deprivations complained herein and have condoned or been deliberately indifferent to such conduct.

23. Defendants MURAKONDA, KALIAN, AVENT violated plaintiff's Eighth Amendment right to the U.S. Constitution to be protected from cruel and unusual punishment as described in paragraphs 1 through 20. Defendant's were deliberately indifferent to

-6-

plaintiff's medical needs and acted under color of state law and knew or should have known that their conduct or omission created an unreasonable risk of harm to plaintiff. As a direct and foreseeable result of defendant's MURAKONDA, AVENT, and KALIAN's violation of plaintiff's constitutional rights, plaintiff suffered and continues to suffer from acute pain from headaches, dizziness, blurry vision, loss of sleep, psychological and emotional distress. MENDOZA IS ENTITLED TO INJUNCTIVE RELIEF FOR TREATMENT FOR THE COMPLAINTS STATED HEREIN, COMPENSATORY AND PUNITIVE DAMAGES FOR INJURIES SUFFERED.

<u>PRAYER FOR RELIEF</u>

Wherefore, Plaintiff MERCED MENDOZA, prays for the following relief:

1. Injunctive and declaratory relief as stated in complaint;

2. Compensatory Damages according to proof;

3. Cost of Suit; and

4. Such further relief as the court deems proper.

<u>**DEMAND FOR TRIAL**</u>

Plaintiff, MERCED MENDOZA hereby demands a trial by jury.

Dated: August 8, 2016

*Merced Mendoza*
Merced Mendoza

1     I declare under the penalty of perjury that the foregoing
2 is true and correct.
3     EXECUTED this 8th day of August 2016, at Blythe,
4 California.

*Merced Mendoza*
Merced Mendoza

-8-





RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 18 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

United States District Court
Office of the Clerk
U.S. Courthouse, Room 6-8
Los Angeles, Ca 90012

LEGAL MAIL

Merced Mendoza
AM3394 B9-25-4'
Chuckawalla Valley State Prison
P.O. Box 2349
Blythe, Ca 92226

Legal / Confidential

LEGAL MAIL