O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCED MENDOZA, | Case No. EDCV-16-01780-ODW (KES) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND |
| S. MURAKONDA, et al., | RECOMMENDATIONS OF UNITED |
| Defendants. | STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing (1) Plaintiff's claims against Defendants Murakonda and Kalian without prejudice for failure to exhaust administrative remedies; and (2) Plaintiff's claims against Defendant Avent with prejudice.

DATED: October 13, 2017

_____
Otis D. Wright, II
UNITED STATES DISTRICT JUDGE