JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCED MENDOZA,<br><br>  Plaintiff,<br><br>  v.<br><br>S. MURAKONDA, et al.,<br><br>  Defendants. | Case No. EDCV-16-01780-ODW (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that (1) Plaintiff's claims against Defendants Murakonda and Kalian are dismissed without prejudice for failure to exhaust administrative remedies; and (2) Plaintiff's claims against Defendant Avent are dismissed with prejudice.

DATED: October 13, 2017

_____
Otis D. Wright, II
UNITED STATES DISTRICT JUDGE